In the Matter of the Accounting of DENIS W. CORRIGAN, as Executor of JOHN MAGUIRE, Deceased, Respondent. AGNES TIERNEY, Individually and as Administratrix of the Estate of MARY MAGUIRE, Deceased, Appellant; HELEN M. SMITH et al., Respondents.

Argued January 4, 1938; decided January 18, 1938.

*Barnett J. Nova* and *Ralph Stout* for appellant.
*Charles G. Stevenson* and *John J. McManus* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.